# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| DONALD RYAN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>KILOLO KIJAKAZI, ACTING )<br>COMMISSIONER OF SOCIAL )<br>SECURITY, )<br>)<br>Defendant. ) | Case No.: 4:14-CV-02472-MGL<br><br>**ORDER** |

The Court, having reviewed the motion of William B. Jung, Esq., local counsel for the Law Offices of Charles E. Binder and Harry J. Binder, LLP, attorneys for Plaintiff in the above-entitled case, requesting an award of attorney's fees in accordance with 42 U.S.C. § 406(b), and upon all the supporting documents annexed thereto, and it appearing that Defendant has indicated that the Commissioner has no objection to the relief sought; and,

**NOW, THEREFORE,**

**IT IS SO ORDERED** that attorney's fees be granted in the amount of $35,982.03, which represents twenty-five percent (25%) of the retroactive benefits awarded to Plaintiff, and that such fees be remitted to Charles E. Binder, primary counsel for Plaintiff. Upon receipt of this sum, counsel for Plaintiff will remit the previously awarded Equal Access to Justice Act fee of $4,300.00 directly to Plaintiff.

DATED: April 20, 2023

                                                                                 s/ Mary Geiger Lewis
                                                                                 Hon. Mary Geiger Lewis, US
                                                                                 District Court Judge